JOHN T. KEATING (Nevada Bar No. 6373)
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Telephone: (702) 228-6800
Email: jkeating@keatinglg.com

Gillian G. O'Hara (*pro hac vice* forthcoming)
Kutak Rock LLP
1650 Farnam
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Email: Gigi.Ohara@KutakRock.com

Jason Stitt (*pro hac vice* forthcoming)
Kutak Rock LLP
121 S. Whittier, Suite 330
Wichita, KS 67207-1045
Telephone: (816) 502-4605
Email: Jason.Stitt@Kutakrock.com

*Counsel for Defendant Colter Energy Services, USA, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADHAM ZAAROUR, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLTER ENERGY SERVICES, USA INC.,<br><br>Defendant. | Case No. 2:24-cv-00443-GMN-BNW<br><br>**STIPULATION EXTENDING DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION**<br>**(First Request)** |

Plaintiff Adham Zaarour and Defendant Colter Energy Services USA Inc., by and through their counsel of record, hereby stipulate that Defendant's deadline to respond to Plaintiff's Motion for Conditional Certification, filed on March 12, 2024, shall be extended until April 16, 2024.  In

4866-4812-5614.1

support of this Stipulation, the Parties state as follows:

1.     Pursuant to LR IA 6-1, Defendant states that is the first stipulation or request for extension of time to file Defendant's response to Plaintiff's Motion for Conditional Certification.

2.     On or about March 5, 2024, Plaintiff filed his Original Collective Action Complaint and Jury Demand ("Complaint").  (Doc. 1).

3.     On or about March 11, 2024, Plaintiff filed his Motion for Conditional Certification Pursuant to 29. U.S.C. § 216(b) and Issuance of Court-Authorized Notice ("Motion for Conditional Certification").  (Doc. 7)

4.     On or about March 12, 2024, Defendant was served with, among other things, the Summons, Complaint, and Motion for Conditional Certification.

5.     In accordance with Fed. R. Civ. P. 12(a)(1), the deadline by which Defendant is required to file an answer or otherwise plead in response to Plaintiff's Complaint is April 2, 2024.

6.     The deadline by which Defendant is required to respond to Plaintiff's Motion for Conditional Certification is currently identified on the Court docket as March 25, 2024.  This deadline has not yet expired.

7.     Defendant seeks additional time to respond to Plaintiff's Motion for Conditional Certification.  If Defendant is required to respond by the current deadline of March 25, 2024, Defendant will need to oppose a lengthy motion raising complex issues only thirteen days after learning about the existence of this lawsuit and before Defendant's initial pleading is due.  The length and complexity of the motion, and the short time which Defendant has had to evaluate this case and to arrange for its defense, constitute good cause for an extension of time to respond to the Motion for Conditional Certification until April 16, 2024, which is two weeks after Defendant's current deadline to file an answer or other response to the Complaint.

4866-4812-5614.1

8. Plaintiff does not oppose the requested extension.

9. This motion is not made for the purposes of delaying these proceedings, and no party will be prejudiced if the relief sought in this Motion is granted.

10. Pursuant to LR IA 6-1, Defendant states that it has not sought an extension of this deadline previously.

WHEREFORE, Defendant Colter Energy Services USA Inc. respectfully requests an extension of time to respond to Plaintiff's Motion for Conditional Certification, Plaintiff does not oppose Defendant's request, and the parties therefore stipulate that Defendant shall respond to Plaintiff's Motion for Conditional Certification by April 16, 2024.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 22, 2024

*Counsel's Signatures Follow on Next Page*

Dated:  March 22, 2024

/s/ John T. Keating
John T. Keating (Nevada Bar No. 6373)
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Telephone: (702) 228-6800
Email: jkeating@keatinglg.com

Gillian G. O'Hara (*pro hac vice* forthcoming)
Kutak Rock LLP
1650 Farnam
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Gigi.Ohara@KutakRock.com

Jason D. Stitt (*pro hac vice* forthcoming)
Kutak Rock LLP
121 S. Whittier, Suite 330
Wichita, KS 67207-1045
Phone: (816) 502-4605
Jason.Stitt@Kutakrock.com

*Attorneys for Defendant Colter Energy Services USA, Inc.*


/s/ Esther C. Rodriguez
Esther C. Rodriguez, Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400
Fax: (702) 320-8401
esther@rodriguezlaw.com

4

4866-4812-5614.1

Michael A. Josephson (*pro hac vice* forthcoming)
Andrew W. Dunlap (*pro hac vice* forthcoming)
William M. Hogg (*pro hac vice* forthcoming)
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com

Richard J. (Rex) Burch (*pro hac vice* forthcoming)
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

*Counsel for Plaintiff Adham Zaarour*

4866-4812-5614.1