Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson (*Pro Hac Vice*)
Texas State Bar No. 24014780
Andrew W. Dunlap (*Pro Hac Vice*)
Texas State Bar No. 24078444
William M. Hogg (*Pro Hac Vice*)
Texas State Bar No. 24087733
California State Bar No. 338196
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com

*Attorneys for Plaintiffs and Putative Collective Members*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADHAM ZAAROUR, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLTER ENERGY SERVICES USA INC.,<br><br>Defendant. | **Case No. 2:24-cv-00443-GMN-HAM**<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINE TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER PENDING THE COURT'S RULING ON PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION (ECF NO. 7)** |

Plaintiff Adham Zaarour and Defendant Colter Energy Services USA Inc., by and through their counsel of record, stipulate to stay the deadline to submit a proposed discovery plan and scheduling order pending the Court's ruling on Plaintiff's Motion for Conditional Certification Pursuant to 29 U.S.C. § 216(b) and Issuance of Court-Authorized Notice (ECF No. 7).

On March 11, 2024, Plaintiff filed a Motion for Conditional Certification, which seeks permission to send a Court-authorized notice to putative collective members to apprise them of their rights under the Fair Labor Standards Act (FLSA) and to give them an opportunity to join this case as party plaintiffs by submitting a written consent to join the collective action pursuant to 29 U.S.C. § 216(b). *See* ECF No. 7. Resolution of Plaintiff's Motion for Conditional Certification will necessarily dictate and significantly alter

1  the scope of the lawsuit moving forward, the issues that will need to be addressed in discovery, and the

2  time necessary to get this case ready for a trial.

3         As such, requiring the Parties to submit a proposed discovery plan and scheduling order would be

4  premature at this time, given that a proposed discovery plan and scheduling order would look very

5  different depending on which way the Court rules on Plaintiff's Motion for Conditional Certification.

6         Given that the Court is still considering the Motion for Conditional Certification, the Parties

7  believe it is best to submit a Proposed Discovery Plan and Scheduling Order after a ruling on the Motion.

8  At that time, the Parties will be in a better position to discuss the discovery that will be needed and the

9  amount of time necessary for both sides to gather evidence.

10         THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant as

11  follows:

12      1.  The deadline for the parties to submit a proposed discovery plan and scheduling order shall

13         be stayed pending decision on Plaintiff's Motion for Conditional Certification (ECF No. 7);

14      2.  Should the Court grant Plaintiff's Motion for Conditional Certification in full or in part, the

15         Parties agree to (1) conduct a Rule 26(f) conference within 14 days of the end of any opt-in

16         period, and (2) file the proposed Discovery Plan and Scheduling Order within 14 days after

17         such Rule 26(f) conference;

18      3.  Should the Court deny Plaintiff's Motion for Conditional Certification in full, the Parties agree

19         to (1) conduct a Rule 26(f) conference within 14 days after the issuance of the order, and (2)

20         file a proposed Discovery Plan and Scheduling Order within 28 days after the issuance of the

21         order.

22  Respectfully and jointly submitted on May 17, 2024

23

24  /s/ William M. Hogg               /s/ Gillian G. O'Hara
    Michael A. Josephson (*Pro Hac Vice*)      Gillian G. O'Hara (*Pro Hac Vice*)

25  Andrew W. Dunlap (*Pro Hac Vice*)        KUTAK ROCK LLP
    William M. Hogg (*Pro Hac Vice*)         1650 Farnam Street

26  **JOSEPHSON DUNLAP LLP**            The Omaha Building
    11 Greenway Plaza, Suite 3050       Omaha, Nebraska 68102

27  Houston, Texas 77046               Tel: (402) 346-6000
    Tel: (713) 352-1100; Fax: (713) 352-3300   gigi.ohara@kutakrock.com

28  mjosephson@mybackwages.com

1   adunlap@mybackwages.com
    whogg@mybackwages.com
2
    Esther C. Rodriguez (Bar No. 006473)
3   **RODRIGUEZ LAW OFFICES, P.C.**
    10161 Park Run Drive, Suite 150
4   Las Vegas, Nevada 89145
    Tel: (702) 320-8400; Fax: (702) 320-8401
5   esther@rodriguezlaw.com

6
    Richard J. (Rex) Burch (*Pro Hac Vice*)
7   **BRUCKNER BURCH PLLC**
    11 Greenway Plaza, Suite 3025
8   Houston, Texas 77046
    Tel: (713) 877-8788
9   rburch@brucknerburch.com

10
    *Counsel for Plaintiffs and Putative Collective Members*
11

12

13  **IT IS SO ORDERED.**

14  Dated: _____May 21_____, 2024

15

16

17  _____
    U.S. MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

John T. Keating (Bar No. 6373)
KEATING LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Tel: (702) 228-6800
jkeating@keatinglg.com

*Attorneys for Defendant Colter Energy Services USA, Inc.*